[Crim. No. 2314. Second Appellate District, Division Two.—February 10, 1933.]

THE PEOPLE, Respondent, v. RAY GREVE et al., Appellants.

Donald Mackay for Appellants.

U. S. Webb, Attorney-General, and John L. Flynn, Deputy Attorney-General, for Respondent.

WORKS, P. J.—■ Appellants were found guilty of robbery and on October 11, 1932, the trial court denied a motion made by them for a new trial. At the same time they gave oral notice of appeal. On October 21st, ten days thereafter, they filed request for a transcript of the official court reporter's notes of the trial, and in connection with the request they stated the grounds of their appeal. It is provided in section 7 of Rule II of the Rules for the Supreme Court and District Courts of Appeal that such a request and

statement of grounds of appeal must be made "within five days after giving notice of appeal". The rule further provides: "If such application is not filed within said time, the appeal shall be dismissed." (See, also, *People* v. *Schroeder*, 112 Cal. App. 550 [297 Pac. 105].)

Appeal dismissed.

Stephens, J., and Archbald, J., *pro tem.*, concurred.